IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'05  MAR -9  P 2:39

RALPH L. DELOACH
CLERK
BY _____
AT WICHITA, KS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Criminal Action |
| | } | |
| SCOTT D. CHEEVER, | } | Case No. 05-*10050*01-06-*MLB* |
| BILLY G. NOWELL, | } | |
| DARRELL E. COOPER, | } | |
| BELINDA K. COOPER, | } | |
| MATTHEW D. DENNY, | } | |
| and RHONDA O`BRIEN, | } | |
| | } | |
| Defendants. | } | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

### CONSPIRACY TO MANUFACTURE METHAMPHETAMINE
### 21 U.S.C. 846

On or about January 19, 2005, in the District of Kansas, the defendants,

**SCOTT D. CHEEVER,**
**BILLY G. NOWELL,**
**DARRELL E. COOPER,**
**BELINDA K. COOPER,**
**MATTHEW D. DENNY, and**
**RHONDA O`BRIEN,**

did knowingly and intentionally combine, conspire, confederate and agree with each other to

1

manufacture a mixture or substance containing a detectable amount of Methamphetamine, a
controlled substance, which is a violation of Title 21, United States Code, Section 841(a)(1).

**MANNER AND MEANS OF THE CONSPIRACY**

The objects of the conspiracy were to be accomplished and were accomplished as follows:

1.     During the period of the conspiracy DARRELL E. COOPER and his wife,
       BELINDA K. COOPER, leased a house at 2612 310th Street, Lots 1-9; Block 1,
       Hilltop, Greenwood County, Kansas. DARRELL E. COOPER and his wife,
       BELINDA K. COOPER knowingly and intentionally made available for use, with
       and without compensation, said property for the purpose of unlawfully
       manufacturing methamphetamine.

2.     During the period of the conspiracy SCOTT D. CHEEVER, went to the
       COOPERS' home and was allowed by the COOPERS' to use the property to
       manufacture methamphetamine.

3.     During the period of the conspiracy BILLY G. NOWELL assisted in the
       manufacture of methamphetamine.

4.     During the period of the conspiracy MATTHEW D. DENNY was positioned
       outside the home as a lookout while methamphetamine was being manufactured.

5.     During the period of the conspiracy SCOTT D. CHEEVER would and did
       possess, carry, and discharge firearms to protect the methamphetamine lab and any
       finished methamphetamine and/or members of the conspiracy.

6.     During the period of the conspiracy SCOTT D. CHEEVER knowingly and
       intentionally used a place; that is the COOPERS' property at 2612 310th Street,
       Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas, for the purpose of

unlawfully manufacturing methamphetamine, a controlled substance.

7.    During the period of the conspiracy RHONDA O`BRIEN telephoned the

COOPER residence, knowing that the COOPERS had a methamphetamine lab at

their home and that Rhonda O'Brien's mother had called the Greenwood County

Sheriff's Office and told law enforcement that SCOTT D. CHEEVER was at the

COOPERS' house, used the telephone to warn BELINDA K. COOPER that the

sheriff's office may be on the way to the COOPERS'.

8.    During the period of the conspiracy SCOTT D. CHEEVER killed Greenwood

County Sheriff Matthew Samuels by shooting him two times with a  Sturm, Ruger

& Co., Inc. New Model Super Blackhawk .44 caliber, single action revolver.

9.    During the period of the conspiracy SCOTT D. CHEEVER used  a Sturm, Ruger

& Co., Inc. New Model Super Blackhawk .44 caliber, single action revolver, to

shoot at  Greenwood County Deputy Sheriffs Mike Mullins and Thomas Harm as

they tried to remove the mortally wounded Sheriff Samuels from the house.

10.    During the period of the conspiracy SCOTT D. CHEEVER, used both a Sturm,

Ruger & Co., Inc. New Model Super Blackhawk .44 caliber, single action revolver

and a Sturm, Ruger & Co., Inc. model Mark II Target .22 caliber pistol, to fire

shots at  Kansas Highway Patrol Troopers as the troopers entered the upstairs

portion of the house where CHEEVER and the methamphetamine lab were

located.

In violation of Title 21, United States Code § 846.

## COUNT 2

3

**ATTEMPT TO MANUFACTURE METHAMPHETAMINE**
**21 U.S.C. 846**
**18 U.S.C. 2**

On or about January 19, 2005, in the District of Kansas, the defendants,

**SCOTT D. CHEEVER,**
**BILLY G. NOWELL,**
**DARRELL E. COOPER,**
**BELINDA K. COOPER, and**
**MATTHEW D. DENNY,**

did knowingly and intentionally attempt to manufacture a mixture or substance containing a

detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18,

United States Code Section 2.

## COUNT 3

**ESTABLISHMENT OF MANUFACTURING OPERATIONS**
**21 U.S.C. 856(a)(2)**

On or about January 19, 2005, in the District of Kansas, the defendants,

**DARRELL E. COOPER, and**
**BELINDA K. COOPER,**

while managing and controlling a house, at 2612 310th Street, Lots 1-9; Block 1, Hilltop,

Greenwood County, Kansas, as a lessee, knowingly and intentionally made available for use, with

and without compensation, said house for the purpose of unlawfully manufacturing

methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2) and Title 18, United States

Code Section 2.

## COUNT 4

4

## ESTABLISHMENT OF MANUFACTURING OPERATIONS
### 21 U.S.C. 856(a)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

knowingly and intentionally used a place; that is the COOPERS' house at 2612 310th Street, Lots

1-9; Block 1, Hilltop, Greenwood County, Kansas, for the purpose of unlawfully manufacturing

methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 5

## MURDER – CAUSING THE DEATH OF A PERSON THROUGH THE USE OF A FIREARM– IN THE COURSE OF USING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. § 924(j)(1) and § 924(c)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

did knowingly carry and use a firearm; that is a Sturm, Ruger & Co., Inc. New Model Super

Blackhawk .44 caliber single action revolver, during and in relation to a drug trafficking crime for

which he may be prosecuted in a court of the United States, to wit: the conspiracy to manufacture

methamphetamine (as set forth in Count 1 of this Indictment which is re-alleged and incorporated

by reference herein), in violation of Title 18, United States Code § 924(c)(1), and in the course of

this violation caused the death of a person through the use of a firearm, which killing is a murder

(as defined in Title 18, United States Code § 1111(a)), in that the defendant SCOTT D.

CHEEVER, with malice aforethought, did willfully, deliberately, maliciously and with

premeditation, unlawfully kill Greenwood County Sheriff Matthew Samuels by shooting him with

5

that firearm.

In violation of Title 18, United States Code, § 924(c)(1) and § 924(j)(1).

## COUNT 6

## MURDER OF A WITNESS TO PREVENT A COMMUNICATION TO A JUDGE OF THE UNITED STATES OF INFORMATION RELATING TO THE COMMISSION OR POSSIBLE COMMISSION OF A FEDERAL OFFENSE
## 18 U.S.C. §1512(a)(1)(C)

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

did unlawfully kill Greenwood County Sheriff Matthew Samuels, such killing being a murder (as

defined in Title 18, United States Code § 1111(a)) in that the defendant SCOTT D. CHEEVER,

with malice aforethought, did willfully, deliberately, maliciously and with premeditation,

unlawfully kill Greenwood County Sheriff Matthew Samuels by shooting him with a firearm, with

the intent to prevent the communication by Sheriff Samuels to a law enforcement officer or a

judge of the United States of information relating to the commission or possible commission of a

federal offense; to wit the manufacture of methamphetamine at the COOPER home.

In violation of Title 18, United States Code, §1512(a)(1)(c).

## COUNT 7

## CARRYING,USING AND DISCHARGING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
## 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 924(c)(1)(A)(iii) and §2

On or about January 19, 2005, in the District of Kansas, the defendants,

6

**BILLY G. NOWELL,**
**DARRELL E. COOPER,**
**BELINDA K. COOPER,**
**MATTHEW D. DENNY, and**
**RHONDA O`BRIEN,**

knowingly carried, used and discharged a firearm; that is a Sturm, Ruger & Co., Inc. New Model

Super Blackhawk .44 caliber revolver, during and in relation to a drug trafficking crime for which

they may be prosecuted in a court of the United States, to wit: the conspiracy to manufacture

methamphetamine in that SCOTT D. CHEEVER discharged a firearm at  Greenwood County

Sheriff Matthew Samuels.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii) and Title 18, United States

Code § 2.

## COUNT 8
## USING AND DISCHARGING A FIREARM
## DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
## 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 924(c)(1)(A)(iii) and  §2

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

knowingly used and discharged a firearm during and in relation to a drug trafficking crime for

which they may be prosecuted in a court of the United States, to wit: the attempt to manufacture

methamphetamine in that SCOTT D. CHEEVER discharged a firearm at Greenwood County

Deputy Sheriffs Mike Mullins and Thomas Harm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

## COUNT 9

### USING AND DISCHARGING A FIREARM
### DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 924(c)(1)(A)(iii) and §2

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

knowingly used and discharged a firearm during and in relation to a drug trafficking crime for

which they may be prosecuted in a court of the United States, to wit: maintaining a place; that is,

the second story of the COOPERS' house at 2612 310th Street, Lots 1-9; Block 1, Hilltop,

Greenwood County, Kansas, for the purpose of unlawfully manufacturing methamphetamine, a

controlled substance, in that SCOTT D. CHEEVER discharged a firearm at Kansas Highway

Patrol Troopers as they entered the second floor of the house in an attempt to apprehend

CHEEVER.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

## COUNT 10

### CARRYING A FIREARM
### DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 924(c)(1)(A)(i) and §2

On or about January 19, 2005, in the District of Kansas, the defendants,

### BILLY G. NOWELL,
### DARRELL E. COOPER,
### BELINDA K. COOPER, and
### MATTHEW D. DENNY,

knowingly used and carried a firearm; that is a Sturm, Ruger & Co., Inc. model Mark II Target

.22 caliber pistol, during and in relation to a drug trafficking crime for which they may be

prosecuted in a court of the United States, to wit: the attempt to manufacture methamphetamine.

8

In violation of Title 18, United States Code, § 924(c)(1)(A)(i) and Title 18, United States Code § 2.

## COUNT 11

### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. 922(g)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

who was convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and unlawfully possess, in and affecting commerce, a firearm, that is a Sturm, Ruger & Co., Inc. New Model Super Blackhawk .44 caliber revolver, which was not produced in the State of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1).

## COUNT 12

### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. 922(g)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

who was convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and unlawfully possess, in and affecting commerce, a firearm, that is a Sturm, Ruger & Co., Inc. model Mark II Target .22 caliber pistol, which was not produced in the State of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1).

9

## COUNT 13

### POSSESSING A FIREARM
### IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 924(c)(1)(A)(i) and  §2

On or about January 19, 2005, in the District of Kansas, the defendants,

### DARRELL E. COOPER, and
### BELINDA K. COOPER,

knowingly possessed a firearm; that is a Winchester, 20 gauge shotgun,in furtherance of a drug

trafficking crime for which they may be prosecuted in a court of the United States, to wit: as

lessees, knowingly and intentionally making available for use, with and without compensation,

their house at 2612 310th Street, Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas,  for the

purpose of unlawfully manufacturing methamphetamine, a controlled substance

   In violation of Title 18, United States Code, § 924(c)(1)(A)(i) and Title 18, United States

Code § 2.

## COUNT 14

### USE OF COMMUNICATION FACILITY  IN CAUSING OR FACILITATING THE
### COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT
### 21 U.S.C. 843(b)

   On or about January 19, 2005, in the District of Kansas, the defendants,

### BELINDA K. COOPER,
### and RHONDA O`BRIEN,

knowing and intentionally used a communication facility, that is: a telephone, in facilitating the

commission of a violation of Title 21, United States Code Section(s) 841(a)(1) and 846 in that

RHONDA O`BRIEN, knowing that the COOPERS' had a methamphetamine lab at their home

and that Rhonda O'Brien's mother had called the Greenwood County Sheriff's Office and told

them that SCOTT D. CHEEVER was at the COOPERS' house, used the telephone to warn

BELINDA K. COOPER that the sheriff's office may be on the way to the COOPER home.

All in violation of Title 21, United States Code, Section 843 (b).

## NOTICE OF SPECIAL FINDINGS

### I.    The Grand Jury further finds that:

Pursuant to the provisions of Chapter 228 (Sections 3591 through 3598) of Title 18 of the

United States Code, the following factors exist regarding defendant SCOTT D. CHEEVER and

his commission of the offenses charged in Count 5 of this indictment, that is, through the use of a

firearm, the murder of Greenwood County Sheriff Matthew Samuels by shooting him with a

firearm in violation of Title 18, United States Code, Sections 924(j)(1), and Count 6 of this

indictment, that is, the killing Greenwood County Sheriff Matthew Samuels by shooting him with

a firearm, with the intent to prevent the communication by Sheriff Samuels to a law enforcement

officer or a judge of the United States of information relating to the commission or possible

commission of the federal offense of the manufacture of methamphetamine, the allegations of

which are fully re-alleged and incorporated herein by this reference:

### A.    Statutory Factors Enumerated under Title 18, United States Code, Section 3591(a).

1.    **Age of the Defendant.**    The defendant, SCOTT D. CHEEVER was 18 years

of age or older at the time he committed the offense.

11

2.    **Mental State of the Defendant.**

a.    The defendant, SCOTT D. CHEEVER intentionally killed Matthew Samuels  Title 18, United States Code, Section 3591(a)(2)(A).

b.    The defendant, SCOTT D. CHEEVER intentionally inflicted serious bodily injury to Matthew Samuels, that resulted in Matthew Samuels's death.  Title 18, United States Code, Section 3591(a)(2)(B).

c.    The defendant, SCOTT D. CHEEVER, intentionally participated in an act, contemplating that a life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Matthew Samuels died as a direct result of the act.  Title 18, United States Code, Section 3591(a)(2)(C).

d.    The defendant, SCOTT D. CHEEVER, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act.  Title 18, United States Code, Section 3591(a)(2)(D).

**B.    Statutory Factors Enumerated under Title 18, United States Code, Section 3592(c).**

1.    **Grave risk of death to additional persons.**  The defendant, SCOTT D. CHEEVER, in the commission of the offense, or in attempting to escape apprehension for a violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense.  Title 18, United States Code, Section 3592(c)(5).

12

2.      **Substantial planning and premeditation.**  The defendant, SCOTT D.

CHEEVER, committed the offense after substantial planning and premeditation to cause the death

of a person, which resulted in the death of Matthew Samuels.  Title 18, United States Code,

Section 3592(c)(9).

3.      **Multiple killings or attempted killings.**  The defendant, SCOTT D.

CHEEVER, intentionally killed or attempted to kill more than one person in a single criminal

episode.  Title 18, United States Code, Section 3592(c)(16).

A TRUE BILL

3/9/05
DATE                                                     FOREMAN OF THE GRAND JURY


ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
Ks. S. Ct. No.12430


(It is requested that trial be held in Wichita, Kansas.)


Returned in open Court this 9th day of March, 2005.


UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

13