IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

DEC 14　11 46 AM '05

AT WICHITA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action |
| v. | Case No. 05-10050-01-MLB |
| SCOTT D. CHEEVER, | |
| Defendant. | |

## THIRD SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT 1

### CONSPIRACY TO MANUFACTURE METHAMPHETAMINE
### 21 U.S.C. 846

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

did knowingly and intentionally combine, conspire, confederate and agree with others to manufacture five (5) grams or more of Methamphetamine, a controlled substance, which is a violation of Title 21, United States Code, Section 841(a)(1).

### MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished and were accomplished as follows:

1. During the period of the conspiracy **DARRELL E. COOPER** and his wife, **BELINDA K. COOPER**, leased a house at 2612 310th Street, Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas. **DARRELL E. COOPER** and his wife, **BELINDA K. COOPER** knowingly and intentionally made available for use, with and without compensation, said property for the purpose of unlawfully manufacturing methamphetamine.

2. During the period of the conspiracy **SCOTT D. CHEEVER**, went to the **COOPERS'** home and was allowed by the **COOPERS'** to use the property to manufacture methamphetamine.

3. During the period of the conspiracy **BILLY G. NOWELL** assisted in the manufacture of methamphetamine at the **COOPER** residence.

4. During the period of the conspiracy **MATTHEW D. DENNY** assisted in the manufacture of methamphetamine at the **COOPER** residence.

5. During and in relation to the conspiracy **SCOTT D. CHEEVER** did use and discharge firearms.

6. During the period of the conspiracy **SCOTT D. CHEEVER** knowingly and intentionally used a place; that is the **COOPERS'** property at 2612 310th Street, Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas, for the purpose of unlawfully manufacturing methamphetamine, a controlled substance.

7. During the period of the conspiracy **RHONDA O'BRIEN**, knowing that the **COOPERS** had a methamphetamine lab at their home and that her mother had called the Greenwood County Sheriff's Office and told law enforcement that

       **SCOTT D. CHEEVER** was at the **COOPERS'** house, used the telephone to warn **BELINDA K. COOPER** that the sheriff's office may be on the way to the **COOPERS**.

8. During the period of the conspiracy **SCOTT D. CHEEVER** killed Greenwood County Sheriff Matthew Samuels by shooting him two times with a Sturm, Ruger & Co., Inc. model New Model Super Blackhawk .44 caliber, single action revolver.

9. During the period of the conspiracy **SCOTT D. CHEEVER** used a Sturm, Ruger & Co., Inc. New Model Super Blackhawk .44 caliber, single action revolver, to shoot at Greenwood County Deputy Sheriffs Mike Mullins and Thomas Harm as they tried to remove the mortally wounded Sheriff Samuels from the house.

10. During the period of the conspiracy **SCOTT D. CHEEVER**, using both a Sturm, Ruger & Co., Inc. model New Model Super Blackhawk .44 caliber, single action revolver and a Sturm, Ruger & Co., Inc. model Mark II Target .22 caliber pistol, to fire shots at Kansas Highway Patrol Troopers as the troopers entered the upstairs portion of the house where **CHEEVER** and the methamphetamine lab were located.

In violation of Title 21, United States Code § 846.

## COUNT 2

### MANUFACTURE OF METHAMPHETAMINE
### 21 U.S.C. 841(a)(1)
### 18 U.S.C. 2

## COUNT 2

**MANUFACTURE OF METHAMPHETAMINE**
**21 U.S.C. 841(a)(1)**
**18 U.S.C. 2**

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

did knowingly and intentionally manufacture a mixture or substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, § 841(a)(1) and Title 18, United States Code § 2.

## COUNT 3

**ATTEMPT TO MANUFACTURE METHAMPHETAMINE**
**21 U.S.C. 846**
**18 U.S.C. 2**

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

did knowingly and intentionally attempt to manufacture a mixture or substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 846 and 841(a)(1) and Title 18, United States Code § 2.

## COUNT 4

**ESTABLISHMENT OF MANUFACTURING OPERATIONS**
**21 U.S.C. 856(a)(1)**

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

knowingly and intentionally used a place; that is the second story of the COOPERS' house at 2612 310th Street, Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas, for the purpose of unlawfully manufacturing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, § 856(a)(1).

## COUNT 5

### MURDER – CAUSING THE DEATH OF A PERSON THROUGH THE USE OF A FIREARM – IN THE COURSE OF USING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. 924(j)(1)
### 18 U.S.C. 924(c)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

did knowingly and intentionally carry and use a firearm; that is a Sturm, Ruger & Co., Inc. New Model Super Blackhawk .44 caliber single action revolver, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: the attempted manufacture of methamphetamine (as set forth in Count 3 of this Third Superseding Indictment which is re-alleged and incorporated by reference herein), in violation of Title 18, United States Code § 924(c)(1), and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder (as defined in Title 18, United States Code § 1111(a)), in that the defendant SCOTT D. CHEEVER, with malice aforethought, did willfully, deliberately, maliciously and with premeditation, unlawfully kill Greenwood County Sheriff Matthew Samuels by shooting him with that firearm.

In violation of Title 18, United States Code, § 924(c)(1) and § 924(j)(1).

## COUNT 6

## MURDER OF A WITNESS TO PREVENT A COMMUNICATION TO A LAW ENFORCEMENT OFFICER OR JUDGE OF THE UNITED STATES OF INFORMATION RELATING TO THE COMMISSION OR POSSIBLE COMMISSION OF A FEDERAL OFFENSE
## 18 U.S.C. 1512(a)(1)(C)

On or about January 19, 2005, in the District of Kansas, the defendant,

## SCOTT D. CHEEVER,

did knowingly and intentionally kill Greenwood County Sheriff Matthew Samuels, such killing being a murder (as defined in Title 18, United States Code § 1111(a)) in that the defendant SCOTT D. CHEEVER, with malice aforethought, did willfully, deliberately, maliciously and with premeditation, unlawfully kill Greenwood County Sheriff Matthew Samuels by shooting him with a firearm, with the intent to prevent the communication by Sheriff Samuels to a law enforcement officer or a judge of the United States of information relating to the commission or possible commission of federal offenses, to wit: the defendant's unlawful possession, as a convicted felon, of firearms; his knowing possession of stolen firearms; and his possible involvement in a bank robbery.

In violation of Title 18, United States Code, § 1512(a)(1)(C).

## COUNT 7

## ATTEMPT TO KILL A WITNESS TO PREVENT A COMMUNICATION TO A LAW ENFORCEMENT OFFICER OR JUDGE OF THE UNITED STATES OF INFORMATION RELATING TO THE COMMISSION OR POSSIBLE COMMISSION OF A FEDERAL OFFENSE
## 18 U.S.C. 1512(a)(1)(C)

On or about January 19, 2005, in the District of Kansas, the defendant,

## SCOTT D. CHEEVER,

did knowingly and intentionally attempt to kill Greenwood County Deputy Sheriffs Mike Mullins and Thomas Harm, by shooting at them with a firearm, with the intent to prevent the communication by them to a law enforcement officer or a judge of the United States of information relating to the commission or possible commission of federal offenses, to wit: the defendant's unlawful possession, as a convicted felon, of firearms; his knowing possession of stolen firearms; and his possible involvement in a bank robbery.

In violation of Title 18, United States Code, § 1512(a)(1)(C).

## COUNT 8

### USING AND DISCHARGING A FIREARM
### DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. 924(c)(1)(A)(iii)
### 18 U.S.C. 2

On or about January 19, 2005, in the District of Kansas, the defendant,

### SCOTT D. CHEEVER,

knowingly and intentionally used and discharged a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: the attempt to manufacture methamphetamine in that SCOTT D. CHEEVER discharged a firearm at Greenwood County Deputy Sheriffs Mike Mullins and Thomas Harm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

## COUNT 9

### USING AND DISCHARGING A FIREARM
### DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME
### 18 U.S.C. 924(c)(1)(A)(iii)
### 18 U.S.C. 2

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

knowingly and intentionally used and discharged a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: maintaining a place; that is, the second story of the COOPERS' house at 2612 310th Street, Lots 1-9; Block 1, Hilltop, Greenwood County, Kansas, for the purpose of unlawfully manufacturing methamphetamine, a controlled substance, in that SCOTT D. CHEEVER discharged a firearm at Kansas Highway Patrol Troopers as they entered the second floor of the house in an attempt to apprehend CHEEVER.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

## COUNT 10

### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. 922(g)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

who was convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and intentionally possess, in and affecting commerce, a firearm, that is a Sturm, Ruger & Co., Inc. New Model Super Blackhawk .44 caliber revolver, which was not produced in the State of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1).

## COUNT 11

### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. 922(g)(1)

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

who was convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and intentionally possess, in and affecting commerce, a firearm, that is a Sturm, Ruger & Co., Inc. model Mark II Target .22 caliber pistol, which was not produced in the State of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1).

## COUNT 12

### POSSESSION OF A STOLEN FIREARM
### 18 U.S.C. 922(j)

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

knowingly and intentionally possessed a stolen firearm, to wit: a Sturm, Ruger & Co., Inc. New Model Super Blackhawk .44 caliber revolver which was not produced in the State of Kansas and had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, § 922(j).

## COUNT 13

### POSSESSION OF A STOLEN FIREARM
### 18 U.S.C. 922(j)

On or about January 19, 2005, in the District of Kansas, the defendant,

**SCOTT D. CHEEVER,**

knowingly and intentionally possessed a stolen firearm, to wit: a Sturm, Ruger & Co., Inc. model Mark II Target .22 caliber pistol, which was not produced in the State of Kansas and had

been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, § 922(j).

## NOTICE OF SPECIAL FINDINGS

**I.     The Grand Jury further finds that:**

Pursuant to the provisions of Chapter 228 (Sections 3591 through 3598) of Title 18 of the United States Code, the following factors exist regarding defendant SCOTT D. CHEEVER and his commission of the offenses charged in Count 5 of this Third Superseding Indictment, that is, through the use of a firearm, the murder of Greenwood County Sheriff Matthew Samuels by shooting him with a firearm in violation of Title 18, United States Code, Sections 924(j)(1), and Count 6 of this Third Superseding Indictment, that is, the killing Greenwood County Sheriff Matthew Samuels by shooting him with a firearm, with the intent to prevent the communication by Sheriff Samuels to a law enforcement officer or a judge of the United States of information relating to the defendant's commission or possible commission of the federal offenses of being a felon in possession of firearms; his possession of stolen firearms; and his possible involvement in a bank robbery, the allegations of which are fully re-alleged and incorporated herein by this reference:

**A.     Statutory Factors Enumerated under Title 18, United States Code, Section 3591(a).**

1.     **Age of the Defendant.**   The defendant, SCOTT D. CHEEVER was 18 years of age or older at the time he committed the offense.

2. **Mental State of the Defendant.**

a. The defendant, SCOTT D. CHEEVER intentionally killed Matthew Samuels Title 18, United States Code, Section 3591(a)(2)(A).

b. The defendant, SCOTT D. CHEEVER intentionally inflicted serious bodily injury to Matthew Samuels, that resulted in Matthew Samuels's death. Title 18, United States Code, Section 3591(a)(2)(B).

c. The defendant, SCOTT D. CHEEVER, intentionally participated in an act, contemplating that a life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Matthew Samuels died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(C).

d. The defendant, SCOTT D. CHEEVER, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(D).

B. **Statutory Factors Enumerated under Title 18, United States Code, Section 3592(c).**

1. **Grave risk of death to additional persons.** The defendant, SCOTT D. CHEEVER, in the commission of the offense, or in attempting to escape apprehension for a violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense. Title 18, United States Code, Section 3592(c)(5).

2. **Substantial planning and premeditation.** The defendant, SCOTT D. CHEEVER, committed the offense after substantial planning and premeditation to cause the death of a person, which resulted in the death of Matthew Samuels. Title 18, United States Code, Section 3592(c)(9).

3. **Multiple killings or attempted killings.** The defendant, SCOTT D. CHEEVER, intentionally killed or attempted to kill more than one person in a single criminal episode. Title 18, United States Code, Section 3592(c)(16).

A TRUE BILL

12/14/05
DATE

FOREMAN OF THE GRAND JURY

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No.12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open Court this 14th day of December, 2005.

UNITED STATES DISTRICT/MAGISTRATE JUDGE