## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>                 Plaintiff,   )<br>                              )<br>v.                            )<br>                              )<br>SCOTT D. CHEEVER,             )<br>                              )<br>                 Defendant.   )<br>_____) | **CRIMINAL ACTION**<br><br>No.  05-10050-01-MLB |

### MEMORANDUM AND ORDER

    This case comes before the court on defendant's invocation of sequestration rule and request for expert exception.  (Doc. 309.)  The government filed a response (Doc. 376) and argument was heard on August 22, 2006.  Defendant's motion is GRANTED.

    Pursuant to Fed. R. Evid. 615, all persons who may be called as a witness will be sequestered, except for victims,[1] case agents, and experts, who can be present for all testimony.  The court has prepared an order which defendant's counsel, as the requesting party, has the obligation to present to each witness, whether called by the government or by defendant.  6 Wigmore on Evidence, ¶ 1842, at 477.

    IT IS SO ORDERED.

    Dated this __1st__ day of September 2006, at Wichita, Kansas.

                                        S/ Monti Belot
                                        Monti L. Belot
                                        UNITED STATES DISTRICT JUDGE

---

    [1] Victims are specifically authorized by statute to attend capital trials.  See 18 U.S.C. § 3510(b).

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>               Plaintiff,           )<br>                                    )<br>v.                                  )<br>                                    )<br>SCOTT D. CHEEVER,                   )<br>                                    )<br>               Defendant.           )<br>_____) | **CRIMINAL ACTION**<br><br>No.  05-10050-01-MLB |

**ORDER**

When you finish testifying, you may leave the courthouse or you may stay for all or any part of the rest of the trial.  You shall not discuss your testimony with anyone or permit anyone to question you about your testimony.  If anyone tries to talk with you regarding your testimony, you must immediately report it to the United States Marshal or to a member of my staff.

This order shall remain in effect until the jury has completed its duties.

IT IS SO ORDERED.

Dated this __1st__ day of September 2006, at Wichita, Kansas.

```
                                    S/ Monti Belot
                                    Monti L. Belot
                                    UNITED STATES DISTRICT JUDGE
```

-2-